# EXHIBIT B

Return Receipt (Form 3811) Barcode

9590 9266 9904 2239 7604 56

1. Article Addressed to:
SOLVENZ SERVER FARMS IV, LLC
C/O HARVARD BUSINESS SERVICES, INC.
REGISTERED AGENT
16192 COASTAL HWY
LEWES, DE  19958

HANCOCK COUNTY, OHIO
FILED 2026 JAN -5 PM 3:47
CATHY PROSSER-WILCOX
CLERK OF COURTS

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2239 7604 53

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Lisa Kline*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  DEC 29 2025  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:
Lisa Kline - HBS Agent

3. Service Type:
☒ Certified Mail

Reference Information
2025 CV 00549
9414 7266 9904 2239 7604 53

Domestic Return Receipt

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

## USPS® ARTICLE NUMBER

9414 7266 9904 2239 7604 53

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ 11.02 |

FINDLAY, OHIO 45840
DEC 23 2025
USPS
Postmark Here

**Sent to:**

SOLVENZ SERVER FARMS IV, LLC
C/O HARVARD BUSINESS SERVICES, INC.
REGISTERED AGENT
16192 COASTAL HWY
LEWES, DE  19958

## Reference Information

COMMON PLEAS  **COURTHOUSE**

2025 CV 00549
9414 7266 9904 2239 7604 53



PS Form 3800, Facsimile, July 2015