**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Hancock Leasing Company LLC | ) | Case No. 3:26-cv-00446 |
| | ) | |
| Plaintiff, | ) | Judge Jack Zouhary |
| | ) | |
| v. | ) | **Defendant Solvenz Server Farms IV, LLC's** |
| | ) | **Corporate Disclosure Statement** |
| Solvenz Server Farms IV, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 3.13, Defendant Solvenz Server Farms IV, LLC ("Solvenz"), through counsel, hereby makes the following disclosures:

1.     Solvenz is a nongovernmental limited liability company organized under the laws of Delaware.  Solvenz has one beneficial owner who is an individual who resides in Texas.  Solvenz is not a parent, subsidiary, or other affiliate of a publicly owned corporation.

2.     There is no publicly owned corporation, not a party to this case, with a financial interest in the outcome of this litigation.

Date: February 25, 2026

Respectfully submitted,

*/s/ Thomas P. Dillon*
Thomas P. Dillon (0059899)
Jeff M. Smith (0096018)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone:     (419) 241-9000
Facsimile:     (419) 241-6894
Email:          tdillon@shumaker.com
                jmsmith@shumaker.com

*Attorneys for Defendant*
*Solvenz Server Farms IV, LLC*